NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**COMBA TELECOM, INC.,**
*Plaintiff-Appellant,*

v.

**ANDREW LLC, COMMSCOPE, INC.,**
*Defendants-Appellees.*

2015-1896

Appeal from the United States District Court for the District of Delaware in No. 1:12-cv-00311-GMS, Judge Gregory M. Sleet.

**ON MOTION**

**O R D E R**

Upon consideration of the parties' joint motion for an extension of time, until May 13, 2016, to file Appellees' opening brief,

IT IS ORDERED THAT:

The motion is granted.

                                                FOR THE COURT

    January 28, 2016             /s/ Daniel E. O'Toole
            Date                      Daniel E. O'Toole
                                              Clerk of Court

m2